JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUPSUNG T.R.D. CO., LTD, | Case No.  CV 22-990-GW-AFMx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VOLUMECOCOMO APPAREL, INC., et al., | |
| Defendants. | |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment is awarded to Plaintiff in the amount of $30,000 in statutory damages, $48 in costs, and $2,400 in attorneys' fees against Defendant Wellrun, Inc., and in favor of Plaintiff Hyupsung T.R.D. Co., Ltd. with interest in the amount prescribed by the statute.

IT IS SO ORDERED.

Dated: February 29, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE